U. S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

JUL 29 2020

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: H. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20-CR-132 LPR |
| | ) | |
| KEITH BENSON | ) | 18 U.S.C. § 371 |

## WAIVER OF INDICTMENT

I, Keith Benson, the above-named Defendant who now stands accused of conspiring to violate the Anti-Kickback Statute, in violation of Title 18, United States Code, Section 371, having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DATED this 29 day of July, 2020.

_____
KEITH BENSON
Defendant

_____
RICHARD L. MAYS, JR.
ARKIE BYRD
Counsel for Defendant

Before _____
HON. LEE PHILIP RUDOFSKY
United States District Judge