IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:20-CR-00132 LPR |
| | ) |
| KEITH BENSON | ) |

ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of his July 29, 2020 guilty plea, Defendant shall forfeit to the United States a sum of money in the amount of $727,679.30, which represents the proceeds that were derived from or traceable to the offense charged in Count One of the Information.

2. Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the above-listed property and to conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture. FED. R. CRIM. P. 32.2(b)(3).

3. This Order shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. *Id.* 32.2(b)(4)(A).

4. The Court shall retain all jurisdiction to enforce this Order and to amend it as necessary. *Id.* 32.2(e).

SO ORDERED this 7th day of October 2020.

_____
HON. LEE PHILIP RUDOFSKY
United States District Judge